# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan Humphrey Lefkow | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 99 C 1087 | **DATE** | 11/1/2000 |
| **CASE TITLE** | Coltec Industries, Inc. vs. American Motorists, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | 5 number of notices | |
| | No notices required. | | |
| ✓ | Notices mailed by judge's staff. | NOV - 2 2000 date docketed | 115 |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | IS docketing deputy initials | |
| | Mail AO 450 form. | FILED FOR DOCKETING | |
| ✓ | Copy to judge/magistrate judge. | 00 NOV -1 PM 2: 52 | 11/1/2000 date mailed notice |
| TH ✓ | courtroom deputy's initials | Date/time received in central Clerk's Office | TH mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLTEC INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN MOTORISTS ) <br> INSURANCE COMPANY and ) <br> ZURICH INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> ) | No. 99 C 1087 <br> Judge Joan H. Lefkow <br><br> Edward A. Bobrick, <br> Magistrate Judge |

## MEMORANDUM ORDER

Before the court is the motion of plaintiff Coltec Industries, Inc. to compel production of documents from defendant Zurich Insurance Company, as well as supporting documentation from both parties.

Nowhere in its moving papers does Coltec provide a single list of what documents are currently sought. Instead, it mentions some as examples in footnotes in its memorandum in support of its motion. It does, however, submit three separate lists of documents sought in its exhibits F, I, and J. Exhibit F lists 42 documents, exhibit I lists 36, and exhibit J lists 31. Yet, according to the parties, there would appear to be 43 documents at issue. Some documents appear to overlap from one list to another. Obviously, this is a rather confusing way to seek production of documents, and Coltec is

therefore ordered to produce a *single list of documents at issue* within five days of receipt of this order.

As for Zurich, it has produced a privileged log, dated July 24, 2000, listing 67 documents at issue. This, despite the fact that it claims 43 documents are at issue. It would appear that nine of these documents are listed twice in the log, but that would still not resolve the difference in numbers. Accordingly, Zurich is hereby ordered to produce a *current privilege log of documents at issue* within five days of receipt of this order.

ENTERED: *Edward A. Bobrick*
Edward A. Bobrick
U.S. Magistrate Judge

DATE: November 1, 2000